# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964-1178

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

**MEMO ENDORSED**

September 11, 2023

**Application GRANTED. Plaintiff's deadline to file a Complaint is extended to September 25, 2023. Defendant's response to the Complaint is due by October 25, 2023.**

**SO ORDERED.**

Dated: September 11, 2023
New York, New York

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

**VIA ECF**
The Honorable Judge Jessica G.L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:   **Lourdes Mendoza v. Northwell Health Inc., et al.**
      **Case No.: 1:23-cv-6091**

Dear Honorable Judge Clarke:

The undersigned is counsel to Plaintiff Lourdes Mendoza ("Plaintiff") in the above-referenced matter. I write with counsel for Defendants' consent to respectfully request a two-week extension of Plaintiff's deadline to file her complaint from September 11, 2023, to and including September 25, 2023.

This extension is needed because Ms. Goddard and her toddler fell ill with Covid which caused Ms. Goddard to be out of the office.

This extension will affect Defendants' current deadline to respond to the complaint. Therefore, the parties also respectfully request that Defendants' deadline to respond to the complaint be extended from October 3, 2023, to and including October 25, 2023.

We thank the Court for its time and attention to this matter and its consideration of this request. We also apologize to this Court for this last-minute request.

Respectfully submitted,
GODDARD LAW PLLC

*/s/ Megan S. Goddard*
By: Megan S. Goddard, Esq.

cc: All counsel [*Via ECF*]