**SheppardMullin**

**MEMO ENDORSED**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

October 9, 2023

**VIA ECF**

The Hon. Jessica G. L. Clark
United States District Court Judge
500 Pearl Street
New York, NY 10007

> Application GRANTED. The initial pretrial conference scheduled for October 17, 2023 is adjourned to **November 14, 2023 at 12:00 p.m.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.
>
> SO ORDERED.
>
> Date: October 12, 2023
> New York, New York
>
> *Jessica Clarke*
> JESSICA G. L. CLARKE
> United States District Judge

Re:   *Mendoza v. Northwell Health, Inc., et al.*, Case No. 23-CV-6091

Dear Judge Clark:

    We represent Defendants Northwell Health, Inc., Eleonora Shapiro, Sean Kearney and Kimberly Jawin (collectively, "Defendants") in the above-referenced matter. We write together with Counsel to Plaintiff Lourdes Mendoza ("Plaintiff") to request an adjournment of the Initial Pretrial Conference scheduled for October 17, 2023 at 11AM (the "Conference") as well as the date for the joint letter in advance of the Conference. This is the Parties' first request for an adjournment of the Conference and it will not affect any other dates.

    The Parties request the adjournment because they believe it will be more productive after Defendants have responded to the Complaint. As the Court may know, Plaintiff originally commenced this action in New York State Court by Summons with Notice. Plaintiff filed the Complaint on September 25, 2023. (ECF No. 11). Defendants' response is not due until October 25, 2023. (ECF No. 10). Defendants continue to investigate Plaintiff's allegations and believe they will be able to provide a more fulsome articulation of their position in the joint letter, and discuss the same during the Conference, after this investigation is completed and their response to the Complaint is finalized.

    The Parties are available for the Conference on November 8, 14, 15, 20 or 21. Thank you for the Court's consideration of this request.

    Best regards,

    /s/ Brian D. Murphy

    Brian D. Murphy
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   All Counsel of Record